%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rayshawn Caldwell | ) Case No: 1:06CR004 |
| | ) USM No: 30428-160 |
| Date of Previous Judgment: December 20, 2006 | ) FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months is reduced to __46 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __22__            Amended Offense Level: __20__
Criminal History Category: __III__         Criminal History Category: __III__
Previous Guideline Range: __51__ to __63__ months    Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 12/20/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/01/2008

Judge's signature

CHRISTOPHER A. BOYKO
Printed name and title

U.S. DISTRICT JUDGE

Effective Date: _____
(if different from order date)

**FILED**
JUL 1 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND